# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | | |
|---|---|---|
| Rickey M. Rodgers, | ) | Civil Action No. 1:16-16-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FNU Glenn, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, recommending summary judgment for Defendants. On February 16, 2017—the day objections were due—the Court received a notice of change of address from Plaintiff. Plaintiff's previous filing was sent from FCI Estill, but public records indicate that Plaintiff is now under the supervision of a Bureau of Prisons residential reentry management field office and Plaintiff's new address is a private residence. Thus, Plaintiff might not have received the Report and Recommendation mailed to FCI Estill on February 3, 2017.

In an abundance of caution, the Clerk mailed the Report and Recommendation to Plaintiff's new address on February 16, 2017. Plaintiff may file objections to the Report and Recommendation by March 7, 2017. No further extensions will be granted.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

February 2 /, 2017
Charleston, South Carolina

-1-